## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ROBERT LEE JONES,**

     **Plaintiff,**

**v.**                                                    **Case No. 4:24-cv-236-AW-MAF**

**GADSDEN COUNTY SHERIFFS**
**DEPARTMENT, et al.,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 9), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation (ECF No. 9) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on September 27, 2024.

s/ *Allen Winsor*_____
United States District Judge